IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | |
| | ) | MOTION TO PAY |
| v. | ) | INVESTIGATOR'S FEES |
| | ) | **3:03 CR 231 MU** |
| JOSE RAMON ALMONTE, | ) | |
| Defendant | ) | |

COMES NOW E. James Chandler II, appointed counsel for the defendant, Jose Ramon Almonte, and moves the Court to enter an Order for Payment to Guerette Investigations, for investigative services performed on behalf of the defendant and counsel. Guerette Investigations has performed various services for the defendant more fully described in Statement 1 from Guerette Investigations dated April 25, 2005 attached hereto and incorporated herein by reference. Guerette Investigations' hourly rate is $50.00. Therefore, I move the Court to enter an Order providing for payment to Guerette Investigations in the amount of $180.28 for investigative services performed on behalf the defendant.

Dated this 15th day of July, 2005

Respectfully submitted

E. James Chandler II
NC Bar # 30378
Attorney for Jose Ramon Almonte
PO Box 471492
Charlotte, NC 28247

ORDER

FOR GOOD CAUSE shown it is the Order of this Court that the Clerk of this Court shall issue payment to Guerette Investigations in the amount of $180.28 for investigative services performed for the benefit of the defendant, Jose Ramon Almonte.

This the ___ day of July, 2005

Presiding Judge

# STATEMENT 2

| | |
|---|---|
| CASE NO: 04CLT143-CR | COPIES MADE |
| ATTORNEY: Mr. E. James Chandler, II<br>PO Box 471492<br>Charlotte, North Carolina 28247<br>704/281-3465; Fax 704/364-1205 | Attorney ✓    Date 4-27-05<br>Client _____ Date _____<br>Other _____ Date _____<br>Fax _____ Date _____ |

DATE: April 25, 2005

RE: Jose R. Almonte

FEES: $100 per hour for Writer; $75 per hour for Childers; $55 per hour for Other Investigator; $20 per hour for Office Staff; .40 cents per mile (plus additional expenses). Minutes converted to tenths for billing purposes. (Note: Writer and Investigator's fees have been reduced to $50 per hour.)

### SERVICE

| Date | Description | Hours/Mileage | Amount |
|---|---|---|---|
| 03/23/05 | Paschals Attempt to Locate Vehicle & Records | 1.0 hr | 50.00 |
|  | Mileage: 8 miles | .33/mile | 2.64 |
| 03/28/05 | Paschals Attempt to Locate Vehicle & Records | .5 hrs | 25.00 |
|  | Mileage: 8 miles | .33 mile | 2.64 |
| ALL | Investigators Review, Research, Conferences & Documentation | .8 hrs | 40.00 |
| ALL | Writers Review, Research, Conference with Attorney/Investigators, etc. | 1.2 hrs | 60.00 |
| | **SERVICE SUBTOTAL** | | **180.28** |

### EXPENSES

N/A                                                                           00.00

**EXPENSE SUBTOTAL**                                                          **00.00**

**TOTAL AMOUNT OF INVOICE**                                                   **$ 180.28**

LESS CASH RECEIVED

**TOTAL AMOUNT DUE**                                                          **$ 180.28**

Submitted by,

Ronald T. Guerette
Guerette Investigations
428 East Fourth Street, Suite 103
Charlotte, NC 28202
704/372-7977; Fax: 704/372-4247

STATEMENT 2                              Page - 1                      Federal Tax ID #56-1354621