IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03CR231-8-MU

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ORDER |
| JOSE R. ALMONTE | ) |

This matter is before the court upon the defendant's "Motion to Verify Legal Status as a U.S. National of United States," filed December 29, 2008. The court does not have the authority to grant the defendant's motion.

IT IS THEREFORE ORDERED that defendant's motion is hereby DENIED.

Signed: January 12, 2009

Graham C. Mullen
United States District Judge