# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:03-CR-231-8-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSE R. ALMONTE ) | |

THIS MATTER is before the court upon the defendant's Motion for Reconsideration of this Court's denial of defendant's earlier "Motion to Verify Legal Status as a U.S. National of United States," filed on October 16, 2009. Pursuant to 8 U.S.C.A. § 1252(b)(5) the exclusive venue for review of a citizenship claim is by direct petition for review to the Court of Appeals. Therefore, this Court does not have the authority to grant the defendant's motion.

IT IS THEREFORE ORDERED that defendant's motion is hereby DENIED.

Signed: January 29, 2010

Graham C. Mullen
United States District Judge